Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Avenue 7th Floor
New York, New York 10177
Telephone: (212) 300-5358
Facsimile: (347) 218-9478

*Attorneys for Plaintiffs*

s

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
YESH MUSIC, LLC, and JOHN K. EMANUELLE,     Index No.: 16-cv-866
individually,

                                  Plaintiffs,        **NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS PURSUANT TO RULE 41(a)(1)(A)(i)**

                        v.

SLACKER, INC.,

                                 Defendants.
----------------------------------------------------------------x

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed as to all claims, with prejudice.

Dated: May 22, 2016                                             **GARBARINI FITZGERALD P.C.**

                                                                  By: /s/ Richard M. Garbarini
                                                                      Richard M. Garbarini

So ordered:

s/ Edward R. Korman
USDJ
5/23/16

[FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. MAY 23 2016 BROOKLYN OFFICE]

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2016 a copy of the foregoing was filed electronically on the Court's ECF system. Notice of this filing was sent by e-mail and first class mail to counsel for defendant.

GARBARINI FITZGERALD P.C.

By: *[signature]*
Richard M. Garbarini
